FILED
2017 Jul-19 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

For The Northern District of Alabama

FILED
2017 JUL 18 A 8:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DOROTHY GUERRIER, Plaintiff, | ) Federal Case No.: 5:17-cv-1066-MDH |
| | ) Bankruptcy Case No.: 17-81685HD |
| | ) State Court Case No.: 47-DV-2017-900028.00 |
| v. | ) |
| JULIET TIEN, INFINITY | ) |
| INVESTMENTS & MANAGEMENT, | ) |
| Unknown 104 BURWELL SPRING | ) |
| LANE HV TRUST, MADISON | ) |
| COUNTY ALABAMA SHERIFF'S | ) |
| OFFICE Including | ) |
| SELENA (Last Name To Be Determined ) | |
| And Other Worker Who Conspired With | ) |
| SELENA) UNKNOWN EMPLOYEE | ) |
| OF THE MADISON COUNTY | ) |
| ALABAMA SHERIFF'S | ) |
| OFFICE, JEFF RICH (Attorney for | ) |
| MADISON COUNTY ALABAMA | ) |
| SHERIFF'S OFFICE, JAMES THOMAS | ) |
| BAXTER III, ABLES BAXTER & | ) |
| PARKER, PATRICK CHESTNUT, et al. Defendants._____ /. ) | |

1

## COMPLAINT

Pro-se Plaintiff Dorothy Guerrier, hereby known as Guerrier, brings the following Complaint against Defendants as listed in the above (collectively, the "Defendants"). Plaintiff states as follows:

## PARTIES

1. Guerrier is domiciled in Madison County, Alabama.

2. Defendants as scribed above are individuals as well as Madison County, Alabama entities such as lawyers who do business in Madison County, Alabama except for Defendant, Juliet Tien who upon information and belief, does not reside in Madison County, Alabama.

## JURISDICTION AND VENUE

### Federal Question Jurisdiction

In United States law, **federal question jurisdiction** is the subject-matter **jurisdiction** of United States **federal** courts to hear a civil **case** because the plaintiff has alleged a violation of the United States Constitution, **federal** law, or a treaty to which the United States is a party.

### 2.3.A. Article III:

Both Article III, Section II of the Constitution a 28 U.S.C. % 1331 employ the term arising out of meaning that the cause that arose this cause from the forum was, in particular, the acts of above Defendants in denying Guerrier of her constitutional and statutory rights to the freedom of the right to speak, to not be denied of property, liberty or life.

In *Osborn v. Bank of the United States*, federal law established that the ingredient alone made constitutional a statute enabling the bank to sue and be sued on its contracts (generally state law claims) in federal courts. Guerrier entered into a Land Sales Contract with Defendants Infinity Investments & Management along with Juliet Tien. These Defendants are corporations doing business in California and or as an Individual, Juliet Tien who came to the forum to obtain government financing for 104 Burwell Spring Lane, Harvest, Alabama, where she never lived.

Further, Guerrier has no knowledge of 104 Burwell Spring HV Trust, Harvest, Alabama and Defendant Juliet Tien, absconded Guerrier out of over $75,000.00 reaching

2

the qualification having this cause sheltered under Diversity Jurisdiction. Also, in the case of *Osborn v. Bank of the United States*, in a like manner, the Bank was incorporated by federal law, any case involving it arose under federal law. However, the Court subsequently made clear that a statute that does nothing more than to establish federal jurisdiction couldn't serve as the federal law under which an action arises. In converse, nevertheless, because Defendant Tien was never domiciled in the state of Alabama, Long Arm Jurisdiction is applicable.

### 2.3.B. Section 1331:

In contrast, since Congress conferred general federal question jurisdiction in 1875, the Court has consistently held that the statutory grant is not as broad as the Constitution would allow. The primary test that has been developed for determining whether a civil action arises under the Constitution or laws of the United States for purposes of § 1331 requires (1) a substantial federal element and (2) such element being part of the plaintiff's "well-pleaded complaint."

### 2.3.B.1. The Substantial Federal Element:

A case clearly arises under the Constitution for purposes of § 1331 when the Plaintiff claims, for example, as Guerrier does, that a government officer or employee, such as many of the Defendants scribed above act in his or her official capacity, injures a Plaintiff such as Guerrier by taking an action that violates a provision of the Constitution, such as a conspiracy against Guerrier to take Guerrier's home or by acting pursuant to an unconstitutional statute. The federal question jurisdiction of the district courts also encompasses causes of such actions created by federal statutes, such as by 42 U.S.C. %, which explicitly authorizes a private remedy for acts that are taken under color of state law and violates the rights of citizens such as Guerrier.

### Titles I and V

Titles I and V of the Americans with Disabilities Act of 1990 (ADA) (2), Guerrier has been discriminated against by the above scribed Defendants because Guerrier is plagued with the inability to perform some normal tasks due to her inabilities such as walking, standing, lifting, bending, breathing, learning, concentrating, thinking, communicating, and working.

As well as under (B) Major bodily functions of the immune system, digestive, bladder, neurological, brain, respiratory, circulatory, endocrine etc.,

### DISCRIMINATION

Since Guerrier was participating in a contractual or other arrangement is another protection for this cause to be heard in federal court.

### STATE IMMUNITY

SEC. 12202. *[Section 502]*

A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

### Federal Jurisdiction: The Fair Housing Act

The Fair Housing Act, as amended in 1988, prohibits housing discrimination on the basis of race, color, religion, sex, disability, familial status, and national origin. Its coverage includes private housing, housing that receives Federal financial assistance, and State and local government housing.

### Federal Jurisdiction

### Reasoning for Jurisdiction Consideration

Cases involving violations of the U.S. Constitution or federal laws (under federal-question jurisdiction), Cases between citizens of different states if the amount in controversy exceeds $75,000 (under diversity jurisdiction); and Bankruptcy as in this matter all come under the protection of the federal government.

### PARTIES

To be corrected, deleted, added, summarized as necessary.

Respectfully submitted,

Signed: _____ Dated: July 17, 2017

Prose Plaintiff, Dorothy Guerrier

104 Burwell Spring Lane, Harvest, Alabama 35749 256 227-1587

4

## **CERTIFICATE OF SERVICE**

I, Prose Plaintiff, Dorothy Guerrier HEREBY certifies that this Motion will be sent to the Defendants as listed above via the U.S.P.S mail system.

Respectfully submitted,

Guerrier
Signed: _____  Dated: July 17, 2017

Prose Plaintiff, Dorothy Guerrier

104 Burwell Spring Lane, Harvest, Alabama 35749 256 227-1587

3789 P. AND 6 OF 6 SUITE C
HUNTSVILLE AL 35801
TEL 256-617-7115  FAX 313-343-9309    EMAIL PLEVALAW@GMAIL.COM

# LAW OFFICES OF JOSEPH G. PLEVA

July 12, 2017

Dorothy Guerrier
104 Burwell Spring Lane
Harvest, Al 35749

Dear Ms. Guerrier,

This letter is to advise you of the status of your case. As you should be aware, your Chapter 13 case was filed on June 7, 2017. Your case number is 17-81685-CRJ13 and has been assigned to Judge Jessup. The Trustee in your case is Michele T Hatcher. As I advised you, the trustee will conduct a review of your case and the documents that we prepared and had you to sign before the case was filed with the court. The purpose of this review is to determine whether there are any outstanding issues with your case.

In your case, as in all Chapter 13 cases, a primary issue is whether the proposed plan of repayment is feasible. As you know, your payment is **$270.00 monthly** and your first payment is due **July 7, 2017**. Paperwork will be sent to your employer to have the payments payroll deducted. Until that starts, you are responsible for making the payments yourself. To do so, you need to make sure that you make the payments by money order or cashier's check to the following address.

Michele Hatcher, CHAPTER 13 STANDING TRUSTEE
3789 Momentum Place
Chicago, IL 60689-5337

It is essential for your plan to be successful that you make all required payments. **IF YOU DO NOT MAKE ALL REQUIRED CHAPTER 13 PLAN PAYMENTS YOUR CASE MAY BE DISMISSED.** Equally important is that you can document that you did make these payments. Please save receipts of all Chapter 13 payments you have made and bring them with you to any and all court hearings. You may receive advertisements to complete a second financial management course; enclosed is the company I recommend.

You have two hearings scheduled. Your first hearing, called the meeting of creditors, is scheduled for **July 5, 2017 at 2:00pm at** the **Madison County Courthouse** in downtown Huntsville in room 327. The second hearing is your Confirmation Hearing and it is scheduled for **August 7, 2017 at 10.00am at the Federal Building in Downtown Decatur. You should not have to attend the second hearing, but are required to attend the first hearing.** At the time of your first hearing, the trustee will have some questions for you and for me regarding your case and the documents that we have prepared. I ask that you try to arrive 10-15 minutes beforehand so that we can discuss these issues. Make sure you have your driver's license and some document with your social security number on it. Also, either bring with you a copy of a recent bank statement and a copy of the tax assessment on your house or make arrangements to provide these documents to our office ahead of time.

If you have any questions about the hearing or your case in general, please feel free to contact me.

Sincerely,

Joseph Pleva,
Attorney and Counselor